1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN R. GHOLAR, SR.,                        1:10-cv-00036 GSA (HC)

12              Petitioner,                        ORDER GRANTING MOTION
                                                   TO PROCEED IN FORMA PAUPERIS
13          vs.
                                                   (DOCUMENT #2)
14    JAMES YATES,

15              Respondent.
      _____/
16

17          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

18    U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis.   Examination of this document

20    reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

21    in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22          IT IS SO ORDERED.

23    Dated:   **January 11, 2010**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28